UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE STATE OF OHIO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRISTOL-MYERS, SQUIBB CO.,<br><br>        Defendant. | Docket No. 1-02-01080<br><br>Civ. No. 1:02CV01080 |

**STATES' MOTION FOR PRELIMINARY APPROVAL, ENTRY OF THE ORDER AND STIPULATED INJUNCTION, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF THE NOTICE PLAN, AND LEAVE TO FILE A FIRST AMENDED COMPLAINT**

WHEREAS the States and Commonwealths of Alabama, Alaska, American Samoa, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Guam, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Northern Mariana Islands, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, United States Virgin Islands, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming, through their Attorneys General**,** and the District of Columbia, through its Corporation Counsel  individually and as

authorized by law, in the State or Commonwealth's sovereign capacity, on behalf of past, present and future state departments, state bureaus, state agencies, state self-insured employee benefit plans, and other state government entities that they have the authority to represent, on behalf of any local governmental departments, bureaus, agencies or other local entities that the Plaintiff States and any other State or Commonwealth which becomes a party to this Settlement Agreement represents in this Action, and on behalf of any of the past, present or future predecessors, successors or assigns of the foregoing, in a statutory, equitable and/or common law capacity, and as F.R.C.P. Rule 23 Class representative of and/or *parens patriae* on behalf of all natural person citizens of such state who have purchased Taxol or paclitaxel during the Relevant Period (collectively "Plaintiff States"), Bristol-Myers Squibb Co., ("Bristol"), by and through its counsel of record in this litigation, request preliminary approval of the parties' proposed settlement of consumer claims and proposed notice plan, as well as conditional certification of a FED. R. CIV. P. 23 class for settlement purposes only.

      Plaintiff States respectfully submit the attached Memorandum of Law in support of this Motion for Preliminary Approval of their proposed settlement with Bristol, and for conditional certification of a settlement class pursuant to Fed. Rule Civ. P. 23.  The motion seeks the Court's preliminary approval of the settlement on behalf of consumers and that the Court enter the Order and Stipulated Injunction contemporaneously with the Preliminary Approval of the Settlement.

      The Plaintiff States also move for approval of the Notice Plan to the proposed settlement class.  Submitted in support of the motion are the affidavits of Matthew B. Potter, a Principal Consultant for Rust Consulting, Inc., which the States have retained to serve as the consumer lawsuit administrator of the Settlement, with accompanying exhibits (Rust Affidavit at Tab 2)

and Katherine Kinsella, President of Kinsella Communications, Ltd., an advertising and notification consulting firm which the Plaintiff States have retained to assist in the development of the proposed Consumer Notice Plan (Kinsella Affidavit, Tab 3).  The proposed Notice Plan is attached at Tab 4.

The Plaintiff States also move for Leave to File a First Amended Complaint.  The First Amended Complaint adds additional states and territories as plaintiffs.

The settlement also embraces damages claims against Bristol brought and settled by the Plaintiff States in their proprietary capacities, on behalf of numerous state agencies and instrumentalities.  Settlement and distribution of such claims do not require court approval, and therefore are not the subject of this motion.  Plaintiff States address the allocation of ht settlement proceeds between consumer and state agency claims; essentially, the Plaintiff States propose to allocate the settlement proceeds, net of common expenses, to each of these two groups in approximately equal proportion to their estimated harm.  Should the Court grant preliminary approval, the Plaintiff States expect to submit an economist's affidavit in support of their motion for final approval regarding the reasonableness of the Settlement, the consumer distribution and the allocation of the Settlement proceeds between consumer and state entity distributions.

The motion is made upon the accompanying Memorandum of Law, and  upon all the papers and pleadings submitted herewith.

DATED THIS 24th day of April, 2003.

Respectfully submitted,

STATE of OHIO
**JIM PETRO**
Attorney General

_____
Mitchell L. Gentile
Principal Attorney
140 E. Town Street, 12th Floor
Columbus, Ohio 43215
(614) 466-4328

STATE of MARYLAND
**JOSEPH CURRAN**
Attorney General

_____
Meredyth Smith Andrus
Assistant Attorney General
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6470

Counsel for the Plaintiff States